# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

**DEC 23 1998**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| SHARON WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. H-96-3635 |
| | § | |
| | § | |
| TRADER PUBLISHING CO., | § | |
| | § | |

### FINAL JUDGMENT

On the 16th day of March, 1998, the above-styled and numbered case came on for trial. Both sides appeared and announced ready for trial, and the case was tried to a jury, one having been timely requested, from March 16 to March 20, 1998. Based on the verdict and the findings of this Court, it is hereby **ORDERED** that Defendant pay Plaintiff the following in damages:

1. $106,000 in back pay;

2. $27,160 in front pay;

3. $100,000 in compensatory damages; and

4. $100,000 in punitive damages.

Plaintiff is further awarded prejudgment interest at the rate of 10% on the award for back pay and compensatory damages. Post judgment interest, at the rate of 5.407%, will be awarded on the entire amount of the judgment from the date of this Final Judgment until the judgment is paid.



Plaintiff is further awarded attorney's fees of $61,479.54 in accordance with the Court's order awarding attorney's fees in this matter.

This is a **FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the 23rd day of December, 1998, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

2