**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 0 7 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| **SHARON WILLIAMS,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **VS.** | §     **C.A. NO. H-96-3635** |
| | § |
| | § |
| **TRADER PUBLISHING CO.,** | § |
| | § |

## O R D E R

In compliance with the findings of the Fifth Circuit Court of Appeals, the Court hereby

**ORDERS** Plaintiff to file a new motion for attorneys' fees and produce clear, complete and verified

documentation of all attorney time, hourly fees and litigation expenses incurred in the representation

of Plaintiff within five (5) days of the date of this Order is signed.  Furthermore, counsel shall

complete a table indicating the attorney or paralegal by name, hourly rate, total hours and total fees

in a form substantially like the one referenced below.  Counsel shall separately set forth the amount

of costs and expenses incurred.

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Expenses | | | |
| | | | |
| | | | |
| TOTAL | | | |

107

The Court **FURTHER ORDERS** that Defendant shall have five (5) days after such documentation is produced to file any objections to Plaintiff's attorneys' fees, costs and expenses. A Final Judgment will be entered after the Court determines the amount of attorney's fees, if any, Plaintiff should be awarded.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the _____ day of September, 2000, at Houston, Texas.


**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**