IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 1 4 2000

MICHAEL N. MILBY, CLERK

SHARON WILLIAMS,                        §
                                        §
          Plaintiff,                    §
                                        §
v.                                      §        C.A. NO. H-96-3635
                                        §
TRADER PUBLISHING COMPANY               §
                                        §
          Defendant.                    §

## ORDER OF DISMISSAL WITH PREJUDICE

This action came to be heard upon the motion of the parties, by counsel, that this action

be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

And it appearing to the Court that final judgment was entered in this Court on December

23, 1998 in favor of the Plaintiff against Trader Publishing Company ("Trader"). Trader

appealed such judgment to the United States Court of Appeals for the Fifth Circuit in Case No.

99-20179, which issued its opinion on July 24, 2000 affirming such judgment, except reversing

the award of punitive damages and vacating the judgment for attorney's fees and remanding the

case to this Court for reconsideration of the attorney's fee award in view of the reversal of the

punitive damages award. Trader's Petition for Rehearing was denied by the Order of the Court

of Appeals dated August 21, 2000.

And it further appearing to the Court that the parties have agreed to a settlement to

resolve all matters between Trader and the Plaintiff and her attorneys and to dismiss this action

with prejudice.

109

It is therefore ORDERED that this action be, and the same hereby is, dismissed with prejudice with no further award of costs, the allocation of costs being included in the subject settlement.

Houston, Texas

September 13, 2000

United States District Judge

WE ASK FOR THIS:

Sharon M. Williams

By: _____
    Of Counsel

CORDELL & HALEY

By: _____
    Member

BUTLER & HARRIS

By: _____
    Member

TRADER PUBLISHING COMPANY

By: _____
    Of Counsel